UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| **STACY PAHL HENDERSON,** | : | VIOLATIONS:  21 U.S.C. §846 |
| **ANDY ARANAS,** | : | (Conspiracy to Distribute and Possess With |
| **Defendants.** | : | Intent to Distribute 50 Grams or More of |
| | : | Methamphetamine); |
| | : | 18 U.S.C. §371 |
| | : | (Conspiracy to Illegally Purchase a Firearm and/ |
| | : | or Ammunition); |
| | : | 18 U.S.C. §922(a)(5) |
| | : | (Illegal Transfer, Sale, Trade, Delivery or |
| | : | Transport of a Firearm); |
| | : | 18 U.S.C. §922(d)(1) |
| | : | (Unlawful Sale of a Firearm and Ammunition |
| | : | to a Person Under Indictment or Convicted of |
| | : | a Crime Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 18 U.S.C. §924(h) |
| | : | (Unlawful Transfer of a Firearm); |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a Firearm |
| | : | During a Drug Trafficking Offense); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)(1)(B)(viii) |
| | : | (Unlawful Possession With Intent to Distribute |
| | : | 5 Grams or More of Methamphetamine); |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |
| | : | |

**I N D I C T M E N T**

The Grand Jury charges that:

## COUNT ONE

Between March 2004, through November 2004, within the District of Columbia and elsewhere, **STACY PAHL HENDERSON and ANDY ARANAS**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, also known as Ice, a Schedule II controlled substance and the said mixture and substance was 50 grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

(**Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine**, in violation of Title 21, United States Code, Section 846)

## COUNT TWO

From on or about March 2004, through November 2004, within the District of Columbia and elsewhere, **STACY PAHL HENDERSON and ANDY ARANAS**, did knowingly and willfully combine, conspire, confederate and agree together and with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly, and intentionally deceive a licensed importer, manufacturer, dealer, or collector by knowingly making a false, fictitious oral or written statement, or did furnish or exhibit false, fictitious, or misrepresented identification, which he intended to use or did use to purchase a firearm and/ or ammunition, that is, a Smith & Wesson .40 caliber pistol, serial number PBL 1374, in violation of Title 18, United States Code, Section 922(a)(6).

(**Conspiracy to Illegally Purchase a Firearm and/ or Ammunition**, in violation of Title 18, United States Code, Section 371)

## COUNT THREE

On or about November 19, 2004, within the District of Columbia, **STACY PAHL HENDERSON and ANDY ARANAS**, not being a licensed importer, manufacturer, dealer, and collector of firearms, willfully transferred and sold a firearm, that is, a Smith & Wesson .40 caliber pistol, serial number PBL 1374, to Wesley Markland, said person not being a licensed importer, manufacturer, dealer, and collector of firearms, and said person then residing in the District of Columbia, a State and District of the United States other than that in which the defendant was residing at the time of the aforesaid transfer and sale of the firearm.

> (**Illegal Transfer, Sale, Trade, Delivery or Transport of a Firearm and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 922(a)(5) and 2)

## COUNT FOUR

On or about November 19, 2004, within the District of Columbia, **STACY PAHL HENDERSON and ANDY ARANAS**, did unlawfully and knowingly sell or otherwise dispose of a firearm, that is, Smith & Wesson .40 caliber pistol,  and ammunition, that is, .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce, to Wesley Markland, knowing or having reasonable cause to believe that such person was under indictment for, or had been convicted of a crime punishable by imprisonment for a term exceeding one year.

> (**Unlawful Sale of a Firearm and Ammunition to a Person Under Indictment or Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 922(d)(1) and 2)

## COUNT FIVE

On or about November 19, 2004, within the District of Columbia, **STACY PAHL HENDERSON and ANDY ARANAS**, did transfer a firearm, that is, a Smith & Wesson .40 caliber pistol, knowing that this firearm would be used to commit, a crime of violence or a drug trafficking offense, that is, unlawful possession with intent to distribute or distribution of a methamphetamine, a felony punishable under the Controlled Substance Act.

> (**Unlawful Transfer of a Firearm and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(h) and 2)

## COUNT SIX

On or about November 19, 2004, within the District of Columbia, **STACY PAHL HENDERSON and ANDY ARANAS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, also known as Ice, a Schedule II controlled substance, and the amount of said mixture and substance was 5 grams or more.

> (**Unlawful Possession With Intent to Distribute 5 Grams or More of Methamphetamine and Aiding and Abetting**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii) and Title 18, United States Code, Section 2)

## COUNT SEVEN

On or about November 19, 2004, within the District of Columbia, **STACY PAHL HENDERSON and ANDY ARANAS**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted

in a court of the United States, that is Count Six of this Indictment which is incorporated herein, a

firearm, that is, a Smith and Wesson .40 caliber semi-automatic pistol.

> (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in
> violation of Title 18, United States Code, Sections 924(c)(1) and Title 18, United States
> Code, Section 2))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.