CO-526
(12/86)

**FILED**

DEC 1 - 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

**UNSEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 06-168
)
Stacy Pahl Henderson )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge

Dec. 1, 2006