FILED

JAN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 06-168    (TFH)** |
| | : | |
| **STACY PAHL HENDERSON,** | : | |
| | : | **Sentencing Date:   January 19, 2007** |
| **Defendant.** | : | |
| | : | |

**GOVERNMENT'S NOTICE OF SENTENCING DEPARTURE AND MEMORANDUM
AND
GOVERNMENT'S MOTION TO AWARD THREE POINTS FOR ACCEPTANCE 3E1.1**

The United States of America, through its counsel, Jeffery A. Taylor, the United States

Attorney for the District of Columbia submits the following notice that Defendant Henderson has

provided substantial assistance to the United States.  We submit that Defendant Henderson has

pursuant to the Federal Sentencing Guideline, Section 3E1.1, Acceptance of Responsibility,

earned an additional one-level decrease in his offense level and is therefore entitled to a total

three-level reduction in his offense level for acceptance of responsibility. We do note that it is the

Government's position that there is a quantitative and qualitative difference between the issues

regarding the granting of a Section 3E1.1 motion and that of a motion for departure pursuant to

18 U.S.C.  §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Our memorandum in support of

Defendant Henderson's departure and sentencing states as follows:

Defendant Henderson has provided substantial assistance to the Government in the investigation and prosecution of others involved in his criminal conduct. Therefore, he is entitled to a downward sentencing departure from his sentencing guidelines and his statutory mandatory minimum sentences. 18 U.S.C. §3553(e) and Section 5K1.1 of the U.S.S.G. Manual. Defendant Henderson provided substantial information which lead to the arrests and successful prosecutions of numerous upper and mid-level drug dealers, to include:

1.    UNITED STATES v. BA  HUYUNH aka NGUYEN
      CONSPIRACY PWID/DIST 30 KILOS METHAMPHETAMINE - ICE
      10 KILOS OF ECSTASY - MDMA

2.    UNITED STATES v.  DERRICK HARGROVE
      CONSPIRACY PWID/DIST 25 KILOS METH-ICE

3.    UNITED STATES v. VAN ETHERIDGE
      CONSPIRACY PWID/DIST 10 KILOGRAMS OF METH/ICE

4.    UNITED STATES v.  JOSEPH TALLEY
      CONSPIRACY PWID/DIST 10 KILOS OF METH-ICE

5.    UNITED STATES v. WESLEY MARKLAND
      CONSPIRACY METH/ICE, GHB, GBL, & A FIREARM

Based on this investigation DEA SA Paul Maloney and AUSA Carpenter were able to identify, apprehend and successfully prosecute several defendants with whom Henderson conspired. Following the cooperation Defendant Henderson, SA Maloney and AUSA Carpenter, along with the DEA Group in San Francisco, CA,  were able to apprehend and convict Derrick Hargrove, who accepted responsibility for 25 kilograms of "Ice." The DEA Group in San Francisco successfully prosecuted one of Hargrove's suppliers Ba Huyunh aka Nguyen who

plead guilty to trafficking 30 kilograms of "Ice" and 10 kilograms of MDMA in California, the District and elsewhere. Local distributers Wesley Markland, Stacy Henderson, Joseph Talley and Van Etheridge were successfully prosecuted in the District of Columbia and the Eastern District of Virginia.

Throughout his cooperation, Defendant Henderson was cooperative with his DEA/ATF handler DEA SA Paul J. Moloney and ATF SA Jeffery Miexner, his defense counsel and the prosecutor. Defendant Henderson has often informed SA Miexner and SA Moloney, of new criminal activity and he would make himself available for interviews on other matters.

The prosecution team and the law enforcement task force believe that Defendant Henderson has provided substantial assistance to the United States. We recommended to the Departure Committee of the United States Attorney's Office for the District of Columbia that Defendant Henderson receive this departure. The Departure Committee agreed with our recommendations and has awarded Defendant Henderson with a departure notice to this Court from both his guideline and statutory mandatory sentence requirements of imprisonment. Accordingly, in light of Defendant Henderson's criminal history, his role in the offense, and the common factors for sentencing, his pre-trial confinement and his substantial assistance, we submit that Defendant Henderson's departure is warranted. We recommend consistent with all other defendants who trafficked crystal methamphetamine also known as Ice sentenced by this Honorable Court.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFERY A. TAYLOR
United States Attorney
D.C. Bar No. 498-610

Martin Dee Carpenter, D.C. Bar No. 431-211
Criminal Division, Organized Crime & Narcotics
Assistant United States Attorney's Office
555 4th Street, N.W., Room No. 4116
Washington, D.C.  20530
(202) 514-7063
Email: martin.carpenter2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this pleading has been filed and served upon
mary_petras@fd.org  and mailed, postage prepaid, this 18th day of January, 2007, to counsel for
Defendant Henderson, Mary Petras, Esquire, by first class mail, postage prepaid, and by facsimile
to (202) 208-7515, Suite No. 550, 625 Indiana Avenue, Northwest, D.C.  20004, Office No.
(202) 208-7500.

MARTIN DEE CARPENTER, Bar No. 431-211
Assistant United States Attorney
Organized Crime & Narcotics Trafficking Section
555 4th Street, N.W., Room No. 4116
Washington, D.C.  20530

# Docket Activity Report

## U.S. District Court -- District of Columbia

## Report Entered Period: 11/20/2006 - 11/20/2006

## Report Filed Period: 1/1/2006 - 11/20/2006

### No docket entries found

| Selection Criteria | |
| --- | --- |
| Case Number | All |
| Office | All |
| Case Type | cr, mj |
| Judge | All |
| Selected User | alr |
| Case Flags | All |
| Open Cases | Yes |
| Closed Cases | No |
| Person Type | All |
| Terminal Digit | All |
| Category (Doc Type) | All |
| Event (Sub Type) | All |
| Sort by | case number |

01/24/2007 11:28 AM