UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 06-168-01 (TFH) |
| : | |
| STACY PAHL HENDERSON, : | |
| : | Sentencing Date: January 19, 2007 |
| Defendant. : | |
| : | |

## ORDER

Upon consideration of the Government's Motions related to Defendant Henderson's sentencing and for good cause having been shown, it is hereby **ORDERED**:

IT IS HEREBY ORDERED, that the Government's motions for the award of the third point for acceptance of responsibility and its motion based on cooperation and departure for the performance of substantial assistance is GRANTED.

IT IS HEREBY FURTHER ORDERED, that Defendant Henderson's case shall be immediately unsealed for all purposes.

IT IS SO ORDERED on this _____ of January, 2007.

 

The Honorable Thomas F. Hogan
Chief Judge, United States District Court
for the District of Columbia

cc:

Martin Dee Carpenter
Assistant United States Attorney
Organized Crime and
Narcotics Trafficking Section
Room No. 4116
555 Fourth Street, Northwest
Washington, D.C. 20530
Office No. 202-514-7063
Fax No. 202-353-9414
Email: martin.carpenter2@usdoj.gov

Mary Petras, Esquire
Federal Public Defender's Service
Suite No. 550
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500
Email: mary_petras@fd.org

Clerk of the Court
United States District Court
for the District of Columbia